UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN V. SANN, )<br>)<br>  Plaintiff )<br>)<br>vs. )<br>) | Case #: 1:08-cv-1182-JMS-MJD |
| PATRICK F. MASTRIAN, III, )<br>)<br>  Defendant. ) | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having received and reviewed the parties Joint Stipulation of Dismissal, and having considered said Motion, and being duly advised in the premises, now finds that said Stipulation of Dismissal should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the above-captioned cause of action is hereby dismissed WITH PREJUDICE.

Dated:  03/22/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Robert J. Nice
THE NICE LAW FIRM, LLP
1311 West 96th Street, Suite 200
Indianapolis, Indiana 46260

Philip E. Kalamaros
HUNT SUEDHOFF KALAMAROS, LLP
301 State Street, 2nd Floor
St. Joseph, MI  49085-0046

14834.01\Order of Dismissal
44788.doc